

LAW OFFICES OF
# ANDRES REYES

CAPITOL CENTRE
401 E. HILLSIDE
LAREDO, TEXAS 78041
TEL: (956) 712-3633 • FAX: (956) 725-4594
E-MAIL: areyes@ldolaw.com

March 21, 2006

United States District Court
Southern District of Texas
RECEIVED

MAR 2 1 2006

Michael N. Milby, Clerk
Laredo Division

Federal District Clerks
1300 Victoria St.
Laredo, Texas 78040

   *Re: Civil No. L-05-226; Transportes Chihuahua, Inc. vs. NTEX Transit, Inc.*

Dear Sir/Madam:

  Pursuant to the order signed on February 17, 2006 by the Honorable Judge George P. Kazen United State District Judge for the Southern District of Texas Laredo Division. Please find the letter submitted to Counsel Attorney Tony R. Conde, Jr. dated February 27, 2006 requesting a conference in good faith to agree on a discovery plan. To date I have not received a response.

  Should you have any questions please feel free to contact my office.

       Most Cordially,

       _____
       ANDRES REYES

AR/mbc

Cc: Attorney Tony R. Conde, Jr.
   2244 Trawood, Suite 206
   El Paso, Texas 79935
   Tel: (915) 595-2438
   Fax: (915) 595-2435



LAW OFFICES OF
# Andres Reyes

CAPITOL CENTRE
401 E. HILLSIDE
LAREDO, TEXAS 78041
TEL: (956) 712-3633 • FAX: (956) 725-4594
E-MAIL: areyes@ldolaw.com

February 27, 2006

Tony R. Conde, Jr.
Attorney at Law
2244 Trawood, Suite 206
El Paso, Texas 79935

    I am in receipt of an order dated February 17, 2006 signed by the Honorable Judge George P. Kazen United States District Judge for the Southern District of Texas Laredo Division.

    As per the order we are directed to confer:

1. to consider the nature or basis of the respective claims and defenses.
2. the possibility of prompt settlement or resolution of the case.
3. to make or arrange for disclosures
4. to develop a proposal discovery plan.

    We are requested to jointly arrange the conference and attempt in good faith to agree on a discovery plan. Thereafter, we are to submit to the court within 14 days after the conference a written report outlining the plan.

    The court has further directed us to file the report from our conference or to explain to the court why no conference has occurred by no later than March 16, 2006.

    I have attempted on several occasion to talk to you and left message with your secretary. However, we have not spoken upon receipt of the letter please call my office so we can have the conference as directed by the court.

    Most Cordially,

    ANDRES REYES

AR/mbc