AO 187 (Rev. 7/87) Exhibit and Witness List

United States Magistrate Court
DS-SDTX
FILED
NOV 0 7 2006
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS, LAREDO

Transportes Chihuahua, Inc.

V.

Ntex Transit, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 5:05-CV-226

| PRESIDING JUDGE U.S. Magistrate Judge Diana Saldaña | PLAINTIFF'S ATTORNEY Tony R. Conde/not present | DEFENDANT'S ATTORNEY Andres Reyes |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER David Morales | COURTROOM DEPUTY Ben Mendoza |

| PLF. NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 11/7/2006 | Yes | Yes | Exhibit A |
| | 1 | 11/7/2006 | Yes | Yes | Exhibit B |
| | 1 | 11/7/2006 | Yes | Yes | Exhibit C |
| | 1 | 11/7/2006 | Yes | Yes | Exhibit D |
| | 1 | 11/7/2006 | Yes | Yes | Exhibit E |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages