# EXHIBIT "A"



Corporations Section  
P O Box 13697  
Austin, Texas 78711-3697

Roger Williams  
Secretary of State

## Office of the Secretary of State
### Packing Slip

February 14, 2007  
Page 1 of 1

Attn: LUPITA  
ANDRES REYES  
CAPITAL CENTER  
401 EAST HILLSIDE ROAD 2ND FLOOR  
Laredo, TX 78041

**Batch Number:** 16062072          **Batch Date:** 02-14-2007

**Client ID:** 129033694             **Return Method:** Fax  
                                     9567254594  
                                     **Phone No:**  9567123633   -

| Document Number | Document Detail | Filing Number / Name | Page Count | Fee |
|---|---|---|---|---|
| 160620720002 | Certified copies of a record or document | TRANSPORTES CHIHUAHUA, | 2 | $16.00 |
| 160620720002 | Expedited | | | $10.00 |
| 160620720002 | Fax fee | | | $4.00 |
| | | **Total Document Fees** | | **$30.00** |

Total Amount Charged to Client Account        $30.00  
Total Amount Credited to Client Account       $0.00

*Note:* This is not a bill. Please do not send any payments until the monthly statement is received.  
Any amount credited to Client Account may be refunded upon request.  
Refunds (if applicable) will be processed within 10 business days.  
Acknowledgement of Filing Document(s) (if present) is attached.

User ID SDEHOYOZ

Come visit us on the Internet @ http://www.sos.state.tx.us/

Phone:(512) 463-5555        FAX (512) 463-5709        Dial: 7-1-1 for Relay Services

# The State of Texas



Corporations Section  
P.O. Box 13697  
Austin, Texas 78711-3697

Phone. 512-936-6618  
Fax: 512-936-6618  
TTY (800) 735-2989  
www.sos.state.tx.us

Office of the Secretary of State

# FAX TRANSMITTAL

2/14/07 5:21:48 PM

| TO: | ANDRES REYES | FROM: | Office of the Secretary of State |
|---|---|---|---|
| COMPANY: | | | |
| FAX: | 9567254594 | FAX: | (512) 463-5709 |
| PHONE: | | PHONE: | |

**Notes:**
Order Document Number: 160620720002
Attached are the copies that you requested be transmitted by fax.
If there is any problem with the transmission, please call
512-463-5578.

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET:    4

☒ IF YOU DO NOT RECEIVE ALL PAGES
PLEASE CALL AS SOON AS POSSIBLE ☒

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



Roger Williams
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

TRANSPORTES CHIHUAHUA, INC.
Filing Number: 800131752

Tax Forfeiture                                                  August 20, 2004

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on February 14, 2007.

Roger Williams
Secretary of State

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Geoffrey S. Connor
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
# TRANSPORTES CHIHUAHUA, INC.

File Number : 800131752              Certificate / Charter forfeited :   August 20, 2004

The Secretary of State hereby determines and finds the following:

1. The Secretary of State received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code that there are grounds for forfeiture of the charter or certificate of authority of the referenced entity.

2. That the entity has not revived its forfeited corporate privileges within 120 days after the date that the corporation privileges were forfeited

3. The Comptroller of Public Accounts has determined that the entity does not have assets from which a judgment for any tax, penalty, or court costs imposed under Chapter 171 of the Code may be satisfied.

It is therefore ordered that charter or certificate of authority of the referenced entity be forfeited without judicial ascertainment and that the proper entry be made upon the permanent files and records of such entity to show such forfeiture as of the date hereof.





Geoffrey S. Connor
Secretary of State