# EXHIBIT "C"

8/3/2005 5:12 PM  FROM: Garza    tinez _Co GARZA MARTINEZ CO. P.L.L.C.  TO: (95

SOSID: 0442314
Date Filed: 10/10/2005 9:48:00 AM
Effective: 12/31/2004
Elaine F. Marshall
North Carolina Secretary of State
C200528300009

## State of North Carolina
## Department of the Secretary of State

### ARTICLES OF DISSOLUTION OF LIMITED LIABILITY COMPANY

Pursuant to §57C-6-06 of the General Statutes of North Carolina, the undersigned limited liability company hereby submits the following Articles of Dissolution for the purpose of dissolving the limited liability company.

1. The name of the limited liability company is: **NTEX Transit, L.L.C.**

2. The dates of filing of its Articles of Organization and all amendments thereto are as follows: **November 10, 1997**

3. The reason for filing the Articles of Dissolution is: *(please check one of the following items)*

   ☐ The time specified in the articles of organization or the company's written operating agreement has occurred.
   ☐ The happening of an event specified in the company's articles of organization or their written operating agreement.
   ☑ The written consent of all members.
   ☐ The company no longer has any members.
   ☐ The entry of a decree of judicial dissolution under G.S. §57C-6-02.

4. The effective date (which shall be date certain) of the dissolution, as determined in accordance with N.C.G.S. §57C-6-01, is **December 31, 2004**.

5. Attach any other information determined by the managers filing these articles.

This the **2nd** day of **August**, 20 **05**

NTEX Transit, L.L.C.
Name of Limited Liability Company

Signature

**Ricardo Rodriguez-Managing Member**
Type or Print Name and Title

Notes:
1. Filing fee is $30. This document must be filed with the Secretary of State.

CORPORATIONS DIVISION          P.O. BOX 29622                RALEIGH, NC 27626-0622
*(Revised January, 2002)*                                            *(Form L-07)*



# NORTH CAROLINA
## Department of The Secretary of State

---

To all whom these presents shall come, Greetings:

**I, ELAINE F. MARSHALL,** Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

### ARTICLES OF DISSOLUTION

### OF

### NTEX TRANSIT, L.L.C.

the original of which was filed in this office on the 10th day of October, 2005.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 10th day of October, 2005

*Elaine F. Marshall*
**Secretary of State**

Document Id:  C20052830000
9

OCT-07-05   13:39   FROM-GARZA,MARTINEZ & CO., P L L C        956 7275262        T-139  P.001/001  F-141
8/3/2005 5:12 PM  FROM: Garza, M    nez _Co GARZA MARTINEZ CO. P.L.L.C.  TO: (95'  )6-0095  PAGE: 005 OF 005

State of North Carolina
Department of the Secretary of State

## ARTICLES OF DISSOLUTION OF LIMITED LIABILITY COMPANY

Pursuant to §57C-6-06 of the General Statutes of North Carolina, the undersigned limited liability company hereby submits the following Articles of Dissolution for the purpose of dissolving the limited liability company.

1. The name of the limited liability company is: **NTEX Transit, L.L.C.**

2. The dates of filing of its Articles of Organization and all amendments thereto are as follows:
**November 10, 1997**

3. The reason for filing the Articles of Dissolution is : *(please check one of the following items)*

   ☐ The time specified in the articles of organization or the company's written operating agreement has occurred.
   ☐ The happening of an event specified in the company's articles of organization or their written operating agreement
   ☑ The written consent of all members.
   ☐ The company no longer has any members.
   ☐ The entry of a decree of judicial dissolution under G.S. §57C-6-02.

4. The effective date (which shall be date certain) of the dissolution, as determined in accordance with N.C.G.S. §57C-6-01, is **December 31, 2004**

5. Attach any other information determined by the managers filing these articles.

This the **2nd** day of **August**, 20 **05**

                                    **NTEX Transit, L.L.C.**
                                    Name of Limited Liability Company
                                    _____
                                    Signature

                                    **Ricardo Rodriguez-Managing Member**
                                    Type or Print Name and Title

Notes:
1. Filing fee is $30. This document must be filed with the Secretary of State.

CORPORATIONS DIVISION          P.O. BOX 29622              RALEIGH, NC 27626-0622
*(Revised January, 2002)*                                       *(Form L-07)*