# EXHIBIT "D"



LAW OFFICES OF
## Andres Reyes

CAPITOL CENTRE
401 E. HILLSIDE
LAREDO, TEXAS 78041
TEL: (956) 712-3633 • FAX: (956) 725-4594
E-MAIL: areyes@ldolaw.com

February 27, 2006

Tony R. Conde, Jr
Attorney at Law
2244 Trawood, Suite 206
El Paso, Texas 79935

    I am in receipt of an order dated February 17, 2006 signed by the Honorable Judge George P. Kazen United States District Judge for the Southern District of Texas Laredo Division.

    As per the order we are directed to confer:

1. to consider the nature or basis of the respective claims and defenses.
2. the possibility of prompt settlement or resolution of the case.
3. to make or arrange for disclosures
4. to develop a proposal discovery plan.

    We are requested to jointly arrange the conference and attempt in good faith to agree on a discovery plan. Thereafter, we are to submit to the court within 14 days after the conference a written report outlining the plan.

    The court has further directed us to file the report from our conference or to explain to the court why no conference has occurred by no later than March 16, 2006.

    I have attempted on several occasion to talk to you and left message with your secretary. However, we have not spoken upon receipt of the letter please call my office so we can have the conference as directed by the court.

Most Cordially,

ANDRES REYES

AR/mbc

*paragraph 4.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

APR - 4 2006

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| TRANSPORTES CHIHUAHUA, INC., | § § § § | |
| Plaintiff | § | |
| vs. | § § § § § § | Civil No. L-05-226 |
| NTEX TRANSIT, INC. | | |
| Defendant | § | |

Ex1 382

## ORDER

On February 17, 2006, the Court entered an order directing the parties to confer pursuant to Rule 26(f). The parties were further directed to file a Rule 26(f) report on or before March 16, 2006. The Court did not receive a report from the parties, but instead received a letter filing from Defendant NTEX Transit, Inc.

The parties are therefore hereby ORDERED to appear for a status conference on Monday, April 17, 2006 at 2:00 p.m., 1300 Victoria St., Courtroom 3C. Plaintiff TRANSPORTES CHIHUAHUA, INC., should be prepared to explain why it failed to comply with the Court's order.

DONE at Laredo, Texas, this 4th day of April, 2006.

_____
Diana Saldaña
United States Magistrate Judge