# EXHIBIT "E"

FROM :E                          FAX NO. :9567941027            Apr. 19 2006 02:23PM  P1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2006

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| TRANSPORTES CHIHUAHUA, INC., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil No. L-05-cv-226 |
| | § | |
| NTEX TRANSIT, INC., | § | |
| Defendant. | § | |

### ORDER

On April 17, 2006, the parties were ordered to appear for a status conference. Defendant NTEX appeared through its counsel, Andres Reyes. Plaintiff's attorney, Tony R. Conde Jr. failed to appear for the hearing. It appears that the District Clerk's office failed to notify Mr. Conde about the hearing.

Nonetheless, Rule 26(f) requires that the parties confer and file a report with the Court prior to a scheduling conference. The report has not been filed, despite Mr. Reyes' attempts to contact Mr. Conde. (Docket No. 4). The parties are therefore hereby ORDERED to file a Rule 26(f) Joint Discovery/Case Management Plan on or before May 26, 2006.

The District Clerk's office is further ORDERED to forward Mr. Conde a copy of this Order via certified mail/return receipt to 2244 Trawood, Suite 206, El Paso, Texas 79935, and via facsimile at (915) 595-2435.

DONE at Laredo, Texas, this 19th day of April, 2006.

_____
Diana Saldaña
United States Magistrate Judge