# EXHIBIT "F"



LAW OFFICES OF
## ANDRES REYES

CAPITOL CENTRE
401 E. HILLSIDE
LAREDO, TEXAS 78041
TEL: (956) 712-3633 • FAX: (956) 725-4594
E-MAIL: areyes@ldolaw.com

April 19, 2006

*Via Fax (915) 595-2435*

Mr. Tony R. Conde, Jr.
Attorney At Law
2244 Trawood, Suite 206
El Paso, Texas 79935

Re: *Civil No. L-05-226: Transportes Chihuahua, Inc. v. NTEX Transit, Inc.*

Dear Mr. Conde:

Pursuant to the Order of April 17, 2006, I am hereby sending you a copy of the Order of Conference. I am also sending you a copy of my letter of conference dated February 27, 2006 requesting that you contact my office so as to comply with the order of conference. A copy of said letter was filed amongst the records of the court.

On April 17, 2006, I appeared before the Honorable Diana Saldana, United States Magistrate Judge and I advised that I have attempted on several occasions to speak with you. I have had the opportunity to speak with Martha and she has indicated that she has made you aware of my calls. I am respectfully requesting that once you receive this letter, that you contact my office so as to comply with the orders of the court.

Most cordially,

ANDRES REYES

AR/mbc

Enclosure

Cc: Federal District Clerks
1300 Victoria St.
Laredo, Texas 78040

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Mark*  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>MR. TONY CONDE, JR<br>ATTORNEY AT LAW<br>2244 TRAWOOD, SUITE 206<br>EL PASO, TEXAS 79935<br><br><br>RE: TRANSPORTES CHIHUAHUA<br>v. NTX TRANSIT, INC. | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>APR 2 1 2006<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☒ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 0550 0000 1865 7420 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540