# EXHIBIT "G"

U.S. MAGISTRATE COURT
DS – SOTX
FILED

OCT 0 4 2006

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

OCT - 5 2006

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| TRANSPORTES CHIHUAHUA, INC., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil No. L-05-cv-226 |
| | § | |
| NTEX TRANSIT, INC., | § | |
| Defendant. | § | |

## ORDER

The parties are hereby ORDERED to attend a status conference on November 7, 2006 at 1:00 p.m. The parties should be prepared to discuss why this case has not had any activity since the Court's Order of April 19, 2006. Both parties must appear in person at 1300 Victoria, Courtroom 3C, Laredo, Texas.

It is further ORDERED that the Clerk of Court serve the parties with a copy of this Order via Certified Mail, Return Receipt Requested.

IT IS SO ORDERED.

DONE at Laredo, Texas, this 4th day of October, 2006.

Diana Saldaña
United States Magistrate Judge

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS NOTICE SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| TRANSPORTES CHIHUAHUA, INC. § | |
| Plaintiff, § | |
| § | |
| V. § | Case No. L-05-CV-226 |
| § | |
| NTEX TRANSIT, INC. § | |
| Defendant. § | |

## ORDER OVERRULING
## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

On _____, the Court heard the Plaintiff's Motion to Dismiss Without Prejudice and Defendant's response thereto. After due consideration of the pleadings, the Motion, the Response, the arguments of counsel and the evidence submitted at the hearing, this Court is of the opinion that such Plea should be **OVERRULED**.

**IT IS THEREFORE ORDERED** that Plaintiffs Motion to Dismiss Without Prejudice is **OVERRULED**.

Signed on: _____, 2007.

_____
JUDGE PRESIDING

Approved By:

_____
ANDRES REYES
Attorney for Plaintiff NTex Transit, Inc.
Capitol Centre, 2nd Floor, 401 E.Hillside Rd.
Laredo, Tx 78041
Tel: (956) 712-3633
Fax: (956) 725-4594

```
Transaction Report

Send
Transaction(s) completed

No  TX Date/Time     Destination              Duration P #    Result   Mode

124 FEB-02   17 26  915 595 2438              0°09'13" 045    OK       N  ECM
```

# LAW OFFICE OF ANDRES REYES
## 401 E. HILLSIDE, CAPITOL CENTRE
## LAREDO, TEXAS 78041
## TEL: (956) 712-3633 FAX: 725-4594

## FACSIMILE TRANSMITTAL SHEET

TO:
TONY R. CONDE, JR.
Attorney and Counselor at Law
2244 Trawood, Suite 206
El Paso, Texas 79935

FROM:
Andres Reyes
Lupita

| FAX: | DATE: |
|---|---|
| 915-595-2435 | 02/02/07 |

| PHONE: | TOTAL NO. OF PAGES INCLUDING COVER. |
|---|---|
| 915-595-2438 | 45 |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|

| RE: | YOUR REFERENCE NUMBER: |
|---|---|

Cause No. L-05-CV-226;
Transportes Chihuahua, Inc.
v. NTEX

Defendant's Motion To Dismiss with
Prejudice
(4 pages)
Response to Plaintiffs Brief in Support
of Motion To Dismiss without
Prejudice (40 pages)

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TRANSPORTES CHIHUAHUA, INC. § | |
| Plaintiff, § | |
| § | |
| V. § | Case No. L-05-CV-226 |
| § | |
| NTEX TRANSIT, INC. § | |
| Defendant. § | |

## ORDER DISMISSING CAUSE OF ACTION

On _____, the Court considered the Defendant's Motion to Dismiss Cause Number L-05-CV-226 and the arguments of counsel. After due consideration of the Motion, the Response thereto, and the arguments of counsel, the Court finds the motion is due to be **GRANTED** and orders the following:

Cause Number L-05-CV-226 is **DISMISSED, With Prejudice**.

Signed on: _____, 2007.

_____
PRESIDING JUDGE

Approved By:

_____
ANDRES REYES
Attorney for Defendant NTex Transit, Inc.
Capitol Centre, 2nd Floor, 401 E. Hillside Rd.
Laredo, Tx 78041
Tel: (956) 712-3633
Fax: (956) 725-4594